## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jessica Tressler

<u>Debtor(s)</u>

CHAPTER 7

BKY. NO. 17-70022 JAD

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.


  Respectfully submitted,

  **/s/ James C. Warmbrodt, Esquire**
  James C. Warmbrodt, Esquire
  jwarmbrodt@kmllawgroup.com
  Attorney I.D. No. 42524
  KML Law Group, P.C.
  701 Market Street, Suite 5000
  Philadelphia, PA 19106
  Phone: (215)-627-1322


  Attorney for Movant/Applicant