UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jessica Tressler<br>　　　　　　　　Debtor(s) | **DEFAULT O/E JAD** |
| JPMorgan Chase Bank, N.A.<br>　　　　　　　　Movant<br>　　　v.<br>Jessica Tressler<br>　　　　　　　　Respondent<br>　　　and<br>TJames R. Walsh Esq., Trustee<br>　　　　　　　　Additional Respondent | Bankruptcy No. 17-70022 JAD<br><br>Chapter 7<br><br>Related to Doc. No. 25 |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 20th day of June, 2017, at Pittsburgh, upon Motion of JPMorgan Chase Bank, N.A., it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2011 Mazda Mazda 3-4C, VIN: JM1BL1UG9B1469632, , in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

cc: See attached service list:

FILED
6/20/17 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Jessica Tressler
291 Ponderosa Road
Schellsburg, PA 15559

John R. Lhota Esq.
110 North Second Street (VIA ECF)
Clearfield, PA 16830
lrj@atlanticbbn.net

James R. Walsh Esq.
P.O. Box 280 (VIA ECF)
Johnstown, PA 15907


KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 17-70022-JAD
Jessica Tressler                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam              Page 1 of 1             Date Rcvd: Jun 20, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
db             +Jessica Tressler,   291 Ponderosa Road,   Schellsburg, PA 15559-8619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              John R. Lhota    on behalf of Debtor Jessica  Tressler lrj@atlanticbbn.net,    tmb@atlanticbbn.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4