| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jessica Tressler** | Social Security number or ITIN   **xxx–xx–7588** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **17–70022–JAD** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jessica Tressler

<u>7/5/17</u>

**By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-70022-JAD
Jessica Tressler                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: admin          Page 1 of 1          Date Rcvd: Jul 05, 2017
                             Form ID: 318          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db             +Jessica Tressler,    291 Ponderosa Road,    Schellsburg, PA 15559-8619
14347955       +AAA Debt,    PO Box 129,    Monroeville, PA 15146-0129
14638762       +CASHNET USA,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
14347958       ##+Collection Services Center,    PO Box 68,    Altoona, PA 16603-0068
14347961       +FNB Consumer Discount,    3320 E. State Street,    Hermitage, PA 16148-3301
14347962       +Holiday Financial Services,    1050 Benner Pike,    State College, PA 16801-7330
14347964        PNC Bank,    ATTN: Bankruptcy Dept.,    PO Box 535230,    Pittsburgh, PA 15253-5230
14347963       +Pay Day Loan,    2128 N. 14th Street,    Suite 130,    Ponca City, OK 74601-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Jul 06 2017 01:23:00    James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 01:30:16     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14347956        EDI: CAPITALONE.COM Jul 06 2017 01:23:00     Capital One,    ATTN: Bankruptcy Dept.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14347957       +EDI: CAUT.COM Jul 06 2017 01:18:00     Chase Auto Finance,    National Bankruptcy Department,
                 201 N. Central Ave  AZ1-1191,    Phoenix, AZ 85004-1071
14347959       +EDI: NAVIENTFKASMDOE.COM Jul 06 2017 01:23:00     Department of Education,    Navient,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
14347960        EDI: AMINFOFP.COM Jul 06 2017 01:23:00     First Premier,    3820 N Louise Avenue,
                 Sioux Falls, SD 57107-0145
14347965       +E-mail/Text: bankruptcynotices@psecu.com Jul 06 2017 01:30:50     PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, N.A.
                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                        Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
              m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              John R. Lhota    on behalf of Debtor Jessica  Tressler lrj@atlanticbbn.net,   tmb@atlanticbbn.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                              TOTAL: 4